# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IMHOFF INVESTMENT, LLC, a Michigan limited liability company, individually and as the representative of a class of similarly situated persons,

CASE NUMBER: 10-10996

HON. MARIANNE O. BATTANI

        Plaintiff,

v.

SAMMICHAELS, INC.,

        Defendant.

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **JULY 26, 2012 @ 2:00 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

■ MOTION FOR CLASS CERTIFICATION filed by Plaintiff on May 8, 2012

    The following briefing schedule is to be followed:

| | |
|---|---|
| **Response Due Date** | 6/20/12 |
| **Reply Due Date** *(The Court requires a reply to every response)* | 7/16/12 |
| **Oral Argument** | **7/26/12 at 2:00 p.m.** |

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed/e-filed to all counsel of record on this date.

Date: 5/23/2012

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 313-234-2625