**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IMHOFF INVESTMENT, L.L.C., )<br>a Michigan limited liability company, individually )<br>and as the representative of a class of similarly )<br>situated persons, )<br>     Plaintiff, ) | <br><br><br><br>No. 10-cv-10996 |
| v. ) | Honorable Marianne O. Battani |
| SAMMICHAELS, INC. )<br>     Defendant. )<br>) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed to by and between Plaintiff, Imhoff Investment, L.L,C., and Defendant, Sammichaels, Inc. ("Defendant") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), that this matter be dismissed with prejudice, on account of a class-wide settlement, pursuant to the terms of the Settlement Agreement, which received final approval on November 2, 2016. (Doc. #120.) A proposed order is attached as <u>Exhibit A</u>, and has been provided to the Court.

2

Respectfully submitted,

| | |
|---|---|
| s/ Phillip A. Bock | /s/ Molly A. Arranz |
| One of Plaintiff's attorneys | One of Defendant's attorneys |

Phillip A. Bock  
Tod A. Lewis  
James M. Smith  
BOCK, HATCH, LEWIS, & OPPENHEIM, LLC  
134 N. La Salle Street, Suite 1000  
Chicago, IL 60602  
Telephone: 312/658-5500  

Molly A. Arranz  
SmithAmundsen, LLC  
150 North Michigan Ave. #3300  
Chicago, Illinois 60601  
Telephone: 312/894-3307  

Jason J. Thompson  
SOMMERS SCHWARTZ, P.C.  
2000 Town Center, Suite 900  
Southfield, MI 48075  
Telephone**:** 800/783-0989  

Robert G. Kamenec  
Thomas P. Vincent  
Plunkett Cooney  
38505 Woodward Avenue, #2000  
Telephone: 248/901-4068  

Brian J. Wanca  
Ryan M. Kelly  
ANDERSON + WANCA  
3701 Algonquin Road, Suite 760  
Rolling Meadows, IL 60008  
Telephone: 847/368-1500

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2016, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

                       /s/ Phillip A. Bock