# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IMHOFF INVESTMENT, L.L.C., a Michigan limited liability company, individually and as the representative of a class of similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMMICHAELS, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) No. 10-cv-10996<br>)<br>) Honorable Marianne O. Battani<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL ORDER

The matter coming before the Court on the request by plaintiff, Imhoff Investment, LLC ("Plaintiff"), and Defendant, Sammichaels, Inc. ("Defendant"), to dismiss this action with prejudice, due notice having been given, the parties appearing through counsel, final approval of a class-wide settlement having been granted and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

　　　　1.　　This action, *Imhoff Investment, L.L.C. v. Sammichaels, Inc.*, Case No. 10-cv-10996, is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　BY ORDER OF THE COURT

Date:  December 1, 2016　　　　　　　　　　s/Marianne O. Battani　　　
　　　　　　　　　　　　　　　　　　　　　　　MARIANNE O. BATTANI
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge