UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMHOFF INVESTMENT, L.L.C., a Michigan limited liability company, individually and as the representative of a class of similarly situated persons, | ) ) ) No. 10-cv-10996 ) ) Honorable Marianne O. Battani ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SAMMICHAELS, INC. | ) ) |
| Defendant. | ) |

## AMENDED FINAL APPROVAL ORDER

IT IS HEREBY ORDERED:

1. The motion to alter the judgment is GRANTED;

2. Paragraph 12 of the Final Approval Order (Doc. 120) is amended to reflect that the Court approves Class Counsel's out of pocket expenses in the agreed amount of $51,505.99 plus the costs of the Third Party Claims Administrator in the agreed amount of $10,000.00 for a total of $61,505.99.

3. The Court's dismissal with prejudice pursuant to settlement (Doc. 122) stands.

Date: January 18, 2017            s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 18, 2017.

                                                                  s/ Kay Doaks
                                                                  Case Manager